IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL CROOK,

    Plaintiff,

v.

PACIFIC GAS & ELECTRIC CO.,

    Defendant.

No. C-08-4623 MMC

**ORDER DIRECTING DEFENDANT TO FILE COPY OF REMOVED COMPLAINT**

On October 6, 2008, defendant Pacific Gas & Electric Co. ("PG&E") filed a "Notice of Removal of Civil Action (Labor Relations)," stating therein that it was removing an action filed by plaintiff in the Sonoma County Superior Court.

In its notice of removal, PG&E represents that it has attached to the notice "[a] copy of the summons and the complaint as Exhibit A." (See Not. of Removal ¶ II.) A review of the notice of removal, however, indicates that PG&E did not attach any exhibit thereto. Consequently, a copy of the removed complaint is not before the Court. In order for the Court to ascertain whether it has jurisdiction over the instant action, and, if so, to meaningfully address the motion to dismiss filed by PG&E on October 9, 2008, PG&E is hereby DIRECTED to file a copy of the complaint within ten court days of the date of this order. See 28 U.S.C. § 1447(b) (providing district court "may require the removing party to file with its clerk copies of all records and proceedings in such State court").

**IT IS SO ORDERED.**

Dated: October 10, 2008

MAXINE M. CHESNEY
United States District Judge