**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CROOK, | No. C-08-4623 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT; REMANDING ACTION** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Defendant. / | |

Before the Court is plaintiff's "Motion to Alter or Amend Judgment of Dismissal Pursuant to FRCP 59(e) to Allow Filing of First Amended Complaint Pursuant to FRCP 15(a)," filed January 9, 2009. The matter came on regularly for hearing before the Court on February 20, 2009. Joshua A. Myers appeared on behalf of plaintiff. Lara Villarreal Hutner and Elizabeth M. Hall appeared on behalf of defendant.

Good cause appearing, and the parties having stipulated at the hearing to allow the filing of plaintiff's First Amended Complaint, the motion is hereby GRANTED, and the First Amended Complaint attached as Exhibit A to the Declaration of Joshua A. Myers is hereby deemed filed.

The parties having further stipulated at the hearing that the action be remanded to state court, and good cause appearing, the Court hereby declines to exercise supplemental jurisdiction over the claims in such First Amended Complaint, and the above-titled action is

1  hereby REMANDED to the Superior Court of the State of California in and for the County of
2  Sonoma.
3      **IT IS SO ORDERED.**
4
5  Dated:  February 20, 2009
6  _____
   MAXINE M. CHESNEY
   United States District Judge